1 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
2 TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
3 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
6 Email: tenesa.powell@akerman.com

7 *Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW OPPORTUNITY MASTER FUND IIIA REMIC TRUST 2016-RN3,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. KING; LAS VEGAS EQUITY GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DIAMOND CREEK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-cv-01102-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO MEET AND CONFER**<br><br>**(FIRST REQUEST)** |

48991374;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| LAS VEGAS EQUITY GROUP LLC, | |
| | Counterclaimant, |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW OPPORTUNITY MASTER FUND IIIA REMIC TRUST 2016-RN3, | |
| | Counterdefendant. |
| LAS VEGAS EQUITY GROUP LLC, | |
| | Third Party Plaintiff, |
| v. | |
| JOHN P. KING, | |
| | Third Party Defendant. |

U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3 (**U.S. Bank**), Las Vegas Equity Group, LLC (**LVEG**), and Diamond Creek Community Association (**Diamond Creek**), hereby stipulate and agree to extend the deadline to meet and confer from May 24, 2019 [ECF No. 48], for an additional twenty-one (21) days to June 14, 2019.

Good cause exists to grant the requested extension. Counsel for LVEG has been on medical leave since April 24, 2019 and for that reason the parties have been unable to schedule the court ordered conference. The extension of time will allow all parties to coordinate a mutually agreeable time now that LVEG's counsel has returned from medical leave.

. . .

. . .

. . .

. . .

. . .

. . .

2

48991374;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 24th day of May, 2019.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Tenesa S. Powell* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3* | */s/ Tara Clark Newberry* <br> TARA CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 10696 <br> 810 S. Durango Drive, Suite 102 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Las Vegas Equity Group, LLC* |
| **BOYACK ORME & ANTHONY** | **CITY ATTORNEY'S OFFICE – CIVIL DIVISION** |
| */s/ Colli C. McKiever* <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> COLLI C. MCKIEVER, ESQ. <br> Nevada Bar No. 13724 <br> 7432 W. Sahara Ave. Suite 101 <br> Las Vegas, NV 89117 <br><br> *Attorneys for Diamond Creek Community Association* | */s/ Jeffrey M. Dorocak* <br> JEFFREY M. DOROCAK, ESQ. <br> Nevada Bar No. 13109 <br> 495 South Main Street, 6th Floor <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for City of Las Vegas* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 28, 2019.

3

48991374;1