BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jdorocak@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW OPPORTUNITY MASTER FUND IIIA REMIC TRUST 2016-RN3,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN P. KING; LAS VEGAS EQUITY GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DIAMOND CREEK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-1102-JAD-GWF<br><br>ECF No. 51 |
| AND RELATED MATTER. | |

## STIPULATION AND ORDER TO DISMISS CITY OF LAS VEGAS

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, to dismiss Defendant CITY OF LAS VEGAS ("City") from the above-captioned matter with each party to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the City's liens shall remain on the subject real property located at 7246 Platinum Creek Street, Las Vegas, Nevada 89131 in

. . . .

accordance with NRS 268.043(6) for utility fees incurred in rendering sewer services to the subject property.

DATED this 30th day of May, 2019.

AKERMAN LLP

By: /s/ Tenesa S. Powell
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, #330
Las Vegas, NV 89144
Attorneys for Plaintiff/
Counterdefendant U.S. BANK
NATIONAL ASSOCIATION

DATED this 30th day of May, 2019.

BRADFORD R. JERBIC
City Attorney

By: /s/ Jeffry M. Dorocak
JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

DATED this 30th day of May, 2019.

CLARK NEWBERRY LAW FIRM

By: /s/ Tara Clark Newberry
TARA CLARK NEWBERRY, ESQ.
Nevada Bar No. 10696
810 South Durango Drive, #102
Las Vegas, NV 89145
Attorneys for Defendant/
Counterclaimant/Third-Party Plaintiff
LAS VEGAS EQUITY GROUP, LLC

DATED this 30th day of May, 2019.

BOYACK ORME & ANTHONY

By: /s/ Edward D. Boyack
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
7432 West Sahara Avenue, #101
Las Vegas, NV 89117
Attorneys for Defendant DIAMOND
CREEK COMMUNITY ASSOCIATION

**ORDER**

Based on the parties' stipulation **[ECF No. 51]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against the City of Las Vegas are DISMISSED**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2019