NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> JOHN P. KING; LAS VEGAS EQUITY GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DIAMOND CREEK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:17-cv-01102-GMN-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| LAS VEGAS EQUITY GROUP LLC, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |

50326033;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

LAS VEGAS EQUITY GROUP LLC,

    Third Party Plaintiff,

v.

JOHN P. KING,

    Third Party Defendant.

Plaintiff Bank of America, N.A., Las Vegas Equity Group, LLC, and Diamond Creek Community Association, hereby stipulate and agree that all parties shall have an additional three (3) weeks, up to and including **October 23, 2019**, to file responses to Diamond Creek Community Association's motion for summary judgment, Las Vegas Equity Group, LLC's motion for summary judgment, and Bank of America, N.A.'s motion for summary judgment as to Las Vegas Equity Group, LLC, which are all currently due on October 2, 2019, pursuant to ECF Nos. 60, 61, and 62. The motions for summary judgment were filed on September 11, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties request the extension so that counsel has a meaningful opportunity to respond to the arguments in the respective motions.

DATED this 1st day of October, 2019.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/Tenesa S. Powell*_____<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/Tara Clark Newberry*_____<br>TARA CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 10696<br>810 S. Durango Drive, Suite 102<br>Las Vegas, NV 89145<br><br>*Attorneys for Las Vegas Equity Group, LLC* |
| **BOYACK ORME & ANTHONY**<br><br>*/s/Colli C. McKiever*_____<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Diamond Creek Community Association* | |

## **ORDER**

**IT IS SO ORDERED:**

Dated this \_3\_ day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

3

50326033;1