1 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
2 TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
6 Email: tenesa.powell@akerman.com

7 *Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:17-cv-01102-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JOHN P. KING; LAS VEGAS EQUITY GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DIAMOND CREEK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| LAS VEGAS EQUITY GROUP LLC, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant. | |

51349975;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

LAS VEGAS EQUITY GROUP LLC,

      Third Party Plaintiff,

v.

JOHN P. KING,

      Third Party Defendant.

Bank of America, N.A., Las Vegas Equity Group, LLC, and Diamond Creek Community Association, hereby stipulate and agree that all claims between these parties shall be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: January 14, 2020

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/Tenesa S. Powell*_____<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/Tara Clark Newberry*_____<br>TARA CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 10696<br>810 S. Durango Drive, Suite 102<br>Las Vegas, NV 89145<br><br>*Attorneys for Las Vegas Equity Group, LLC* |
| **BOYACK ORME & ANTHONY**<br><br>*/s/Colli C. McKievert*_____<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Diamond Creek Community Association* | |

## **ORDER**

**IT IS SO ORDERED.**
Dated this 14 day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

2

51349975;1